IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AARDWOLF INDUSTRIES LLC<br><br>v.<br><br>AARDWOLF-USA.COM et al. | Case No. 1:16-cv-00234-LO-TCB |

## NOTICE RE SERVICE BY PUBLICATION

Pursuant to the Court's Order of March 23, 2016, undersigned counsel published notice of this action in *The Washington Post* on March 26, 2016. An Affidavit of Publication is attached hereto.

Respectfully submitted,

| | |
|---|---|
| /s/ Bianca Black__ | /s/ Eric J. Menhart__ |
| Bianca Black | Eric J. Menhart* |
| VSB #87324 | * Admitted *Pro Hac Vice* |
| Lexero Law | Lexero Law |
| 316 F St. NE, Suite 101 | 316 F St. NE, Suite 101 |
| Washington, DC 20002 | Washington, DC 20002 |
| Phone: (301) 798-4983 | Phone: (855) 453-9376 |
| Fax: (855) 453-9376 | Fax: (855) 453-9376 |
| Bianca.Black@Lexero.com | Eric.Menhart@Lexero.com |

## **CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the foregoing was filed via ECF and all parties of record were automatically notified via that system.

Respectfully submitted,

<u>/s/ Bianca Black</u>
Bianca Black
VSB #87324
Lexero Law
316 F St. NE, Suite 101
Washington, DC 20002
Phone: (301) 798-4983
Fax: (855) 453-9376
Bianca.Black@Lexero.com