IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AARDWOLF INDUSTRIES LLC <br><br> v. <br><br> AARDWOLF-USA.COM et al. | Case No. 1:16-cv-00234-LO-TCB |

## REQUEST FOR CLERK'S ENTRY OF DEFAULT
## PURSUANT TO FED. R. CIV. P. 55

Plaintiff Aardwolf Industries LLC respectfully requests that the Clerk enter a Default against Defendant AARDWOLF-AUS.COM in this matter, pursuant to Fed. R. Civ. P. 55(a). An affidavit in support of this request is attached as Exhibit #1.

Respectfully submitted,

| | |
|---|---|
| /s/ Bianca Black | /s/ Eric J. Menhart |
| Bianca Black | Eric J. Menhart* |
| VSB #87324 | * Admitted *Pro Hac Vice* |
| Lexero Law | Lexero Law |
| 316 F St. NE, Suite 101 | 316 F St. NE, Suite 101 |
| Washington, DC 20002 | Washington, DC 20002 |
| Phone: (301) 798-4983 | Phone: (855) 453-9376 |
| Fax: (855) 453-9376 | Fax: (855) 453-9376 |
| Bianca.Black@Lexero.com | Eric.Menhart@Lexero.com |

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing was filed via ECF and all parties of record were automatically notified via that system.

Respectfully submitted,

/s/ Bianca Black
Bianca Black
VSB #87324
Lexero Law
316 F St. NE, Suite 101
Washington, DC 20002
Phone: (301) 798-4983
Fax: (855) 453-9376
Bianca.Black@Lexero.com