IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |  |  |
|---|---|---|---|
| Aardwolf Industries LLC | ) ) ) | | |
| Plaintiff, | ) ) | | |
| v. | ) ) | CIVIL ACTION NO. | 1:16-cv-00234 (LO/TCB) |
| AARDWOLF-USA.COM | ) ) ) | | |
| Defendant. | ) | | |

**ENTRY OF DEFAULT**

In accordance with plaintiff's request to enter default and affidavit of, Bianca Black, Counsel of Record for Plaintiff, Aardwolf Industries LLC, the Clerk of this Court does hereby enter the default of AARDWOLF-AUS.COM for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The entry of default is in accordance with Rule 55(a) Federal Rules of Civil Procedure.

FERNANDO GALINDO
CLERK OF COURT


BY:   /s/
JUDITH LANHAM
DEPUTY CLERK

DATED:  06/13/2016