IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AARDWOLF INDUSTRIES LLC <br><br> v. <br><br> AARDWOLF-USA.COM et al. | Case No. 1:16-cv-00234-LO-TCB |

## NOTICE OF LODGING

Plaintiff hereby submits for the record the "Affidavit of Eric Menhart in Support of Request for Default Judgment," as a supplement to the Plaintiff's Motion for Default Judgment, as filed on June 13, 2016. *See* Dkt. #16.


Respectfully submitted,

| | |
|---|---|
| /s/ Bianca Black <br> Bianca Black <br> VSB #87324 <br> Lexero Law <br> 316 F St. NE, Suite 101 <br> Washington, DC 20002 <br> Phone: (301) 798-4983 <br> Fax: (855) 453-9376 <br> Bianca.Black@Lexero.com | /s/ Eric J. Menhart <br> Eric J. Menhart* <br> * Admitted *Pro Hac Vice* <br> Lexero Law <br> 316 F St. NE, Suite 101 <br> Washington, DC 20002 <br> Phone: (855) 453-9376 <br> Fax: (855) 453-9376 <br> Eric.Menhart@Lexero.com |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via ECF and all parties of record were automatically notified via that system.

Respectfully submitted,

/s/ Bianca Black
Bianca Black, Esq.