IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AARDWOLF INDUSTRIES LLC<br><br>v.<br><br>AARDWOLF-USA.COM et al. | Case No. 1:16-cv-00234-LO-TCB |

## NOTICE OF LODGING

Plaintiff hereby submits for the record the "Revised Affidavit of Eric Menhart in Support of Request for Default Judgment," as a supplement to the Plaintiff's Motion for Default Judgment, as filed on June 13, 2016. *See* Dkt. 16. The affidavit provided herein is intended to supersede, in its entirety, the affidavit previously filed. *See* Dkt. 18.

Respectfully submitted,

| | |
|---|---|
| /s/ Bianca Black | /s/ Eric J. Menhart |
| Bianca Black | Eric J. Menhart* |
| VSB #87324 | * Admitted *Pro Hac Vice* |
| Lexero Law | Lexero Law |
| 316 F St. NE, Suite 101 | 316 F St. NE, Suite 101 |
| Washington, DC 20002 | Washington, DC 20002 |
| Phone: (301) 798-4983 | Phone: (855) 453-9376 |
| Fax: (855) 453-9376 | Fax: (855) 453-9376 |
| Bianca.Black@Lexero.com | Eric.Menhart@Lexero.com |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via ECF and all parties of record were automatically notified via that system.

Respectfully submitted,

/s/ Bianca Black
Bianca Black, Esq.