IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AARDWOLF INDUSTRIES LLC, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action No. 1:16-cv-00234 |
| ) | |
| AARDWOLF-USA.COM *et al.*, ) | |
| ) | |
| *Defendants.* ) | |

## ORDER

This matter comes before the Court on the Report and Recommendation of Magistrate Judge Buchanan dated July 25, 2016. Defendant has not filed any objections to the Report and Recommendation. Based on a review of the Complaint, Plaintiff's Motion for Default Judgment, and the supporting exhibits, the Court adopts the findings and recommendation of the Magistrate Judge.

It is hereby ORDERED that Plaintiff's Motion for Default Judgment is GRANTED;

IT IS FURTHER ORDERED that OnlineNIC, Inc., the registrar of record for the AARDWOLF-USA.COM and AARDWOLF-AUS.COM domain names, is hereby directed and ordered, pursuant to 15 USC 1125(d)(2)(D)(i), to transfer the domain names to Plaintiff per Plaintiff's instructions, which shall include full administrative control of the domain names;

IT IS FURTHER ORDERED that if OnlineNIC, Inc. fails to transfer the domain name within thirty (30) days of this Order, VeriSign, Inc., the registry of record for the AARDWOLFUSA. COM and AARDWOLF-AUS.COM domain names, is hereby directed and

ordered, pursuant to 15 USC 1125(d)(2)(D)(i), to transfer the domain names to Plaintiff per Plaintiff's instructions, which shall include full administrative control of the domain names;

IT IS FURTHER ORDERED that the Clerk is directed to enter judgment in favor of Plaintiff pursuant to Rule 58 of the Federal Rules of Civil Procedure.

October 11, 2016
Alexandria, VA

/s/
Liam O'Grady
United States District Judge