IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| Aardwolf Industries LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action #: 1:16-cv-00234-LO-TCB |
| AARDWOLF-USA.COM and AARDWOLF-AUS.COM | ) |
| Defendant. | ) |

## DEFAULT JUDGMENT

A default having been entered against the defendants AARDWOLF-USA.COM and AARDWOLF-AUS.COM and counsel for the plaintiff Aardwolf Industries LLC having requested judgment against the defaulted defendant and having filed a proper declaration, all in accordance with Rule 55 of the Federal Rules of Civil Procedure; it is

ORDERED and ADJUDGED that the OnlineNIC, Inc., the registrar of record for the AARDW0LF-USA.COM and AARDW0LF-AUS.COM domain names, is hereby directed and ordered, pursuant to 15 USC 1125(d)(2)(D)(i), to transfer the domain names to Plaintiff per Plaintiffs instructions. IT IS FURTHER ORDERED that if OnlineNIC, Inc. fails to transfer the domain name within thirty (30) days of this Order, VeriSign, Inc., the registry of record for the AARDWOLFUSA. COM and AARDW0LF-AUS.COM domain names, is hereby directed and ordered to transfer the domain names to plaintiff.

Dated at Alexandria, Virginia, this 11th day of October, 2016.

FERNANDO GALINDO
CLERK OF COURT

BY: _____
Deputy Clerk